UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VALDEZ,<br><br>        Petitioner,<br><br>v.<br><br>RALPH DIAZ, Secretary, et al.,<br><br>        Respondents. | Case No.: 18cv0734 LAB (BGS)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

  On April 13, 2018, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) At the time of filing, Petitioner was apparently housed at Centinela State Prison and thus named Raymond Madden, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on February 7, 2020, it appears Petitioner is no longer housed at Centinela State Prison; rather, it appears he is presently incarcerated at Chuckawlla Valley State Prison in Blythe, California.

  A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Ralph Diaz, Secretary of the California

Department of Corrections and Rehabilitation, as Respondent in place of "Raymond Madden." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court shall modify the docket to reflect "Ralph Diaz, Secretary" as respondent in place of "Raymond Madden."

Dated: February 19, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge